IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| SANDRA MALONE, | ) | |
| Plaintiff, | ) ) ) | No. 3:10-cv-01137 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Leave to File a Sur-Reply ("Motion") (Doc. No. 29), filed with Defendant's proposed Sur-Reply (Doc. No. 29-1). Defendant's Motion is **GRANTED**, and the Court will consider Defendant's Sur-Reply.

It is so ORDERED.

Entered this the ____3rd____ day of May, 2012.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1